No. 01–436. LINDAMOOD *v.* OFFICE OF THE STATE ATTORNEY. C. A. 11th Cir. Certiorari denied.

No. 01–439. BUTTS *v.* TEXAS. Ct. App. Tex., 7th Dist. Certiorari denied.

No. 01–444. BETTERSWORTH *v.* FEDERAL DEPOSIT INSURANCE CORPORATION ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–450. BROWN *v.* TEXAS. Ct. App. Tex., 6th Dist. Certiorari denied.

No. 01–453. NAVROZOV *v.* NOVOYE RUSSKOYE SLOVO PUBLISHING CORP. ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 01–458. STARLIGHT SUGAR, INC., ET AL. *v.* SOTO, SECRETARY OF AGRICULTURE OF PUERTO RICO. C. A. 1st Cir. Certiorari denied.

No. 01–462. WAITE *v.* PATCH PRODUCTS, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–464. LINER *v.* DONTRON, INC., T/A RADIO STATION WYCA–FM, ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–465. OTTO *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 7th Cir. Certiorari denied.

No. 01–473. ADAMS *v.* FRANKLIN, SHERIFF, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–474. TIMMONS ET AL. *v.* CASSELL ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–476. JACOBS ET AL. *v.* WU ET AL. C. A. D. C. Cir. Certiorari denied.

No. 01–479. MARTIN ET AL. *v.* PENNSYLVANIA; and MARTIN *v.* PENNSYLVANIA BOARD OF LAW EXAMINERS. Super. Ct. Pa. Certiorari denied. Reported below: 766 A. 2d 896 (first judgment).